■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRISTAL MAZZELLA, Appellant. [864 NYS2d 379]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Westchester County (Colangelo, J.), imposed September 12, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Ritter, Covello and Dickerson, JJ., concur.